# United States District Court

WESTERN DISTRICT OF WASHINGTON

CYNTHIA L. BOREN

v.

JO ANNE B. BARNHART

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: **C04-5182FDB/KLS**

_____  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  XX    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

IT IS ORDERED: This matter is REMANDED to the Commissioner of Social Security to consider whether Plaintiff Cynthia L. Boren was disabled prior to September 30, 1998, the date she was last insured for disability benefits.

October 15, 2007                              BRUCE RIFKIN
                                                        Clerk

                                                    s/ D. Forbes
                                                  By, Deputy Clerk