**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

CYNTHIA BOREN,

      Plaintiff,

v.

MICHAEL J. ASTRUE,  Commissioner of
Social Security,

      Defendant.

NO: C04-5182 FDB

ORDER FOR PAYMENT OF
ATTORNEY'S FEES UNDER
42 U.S.C. § 406 (b)

     This matter coming on regularly before the undersigned upon the motion of the Plaintiff for an order awarding attorney's fees pursuant to 42 U.S.C. § 406(b), the Defendant not opposing said motion, and the Court having fully considered the pleadings filed in support of such request and deeming itself fully advised, now therefore it is

     ORDERED ADJUDGED AND DECREED that counsel for the plaintiff shall be awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the gross amount of  $20,218.25 less the prior EAJA award $13,913.33 and the administrative award of fees in the sum of $2,208.25, for a net award of attorney's fees in the amount of $4,096.67.

     Dated this 2nd  day of October 2009.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

LAW OFFICE OF
TALBOT & ASSOCIATES, P.S.
5005 CENTER STREET, STE. E.
TACOMA, WASHINGTON, 98409
FAX (253) 564-9300
PHONE (253) 566-9300