# United States District Court

WESTERN DISTRICT OF WASHINGTON

CYNTHIA BOREN,

        Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security
 Administration,

        Defendant,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C04-5182FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That counsel for the plaintiff shall be awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the gross amount of $20,218.25 less the prior EAJA award $13,913.33 and the administrative award of fees in the sum of $2,208.25, for a net award of attorney's fees in the amount of $4,096.67.

October 2, 2009

BRUCE RIFKIN
          Clerk

/s/ Pat LeFrois
     Deputy Clerk